No. 09–10848. STINSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–10855. AVILES ARMENTA v. CHATMAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 09–10858. OUTLEY v. JAMES. C. A. 9th Cir. Certiorari denied.

No. 09–10859. MOSLIMANI v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 09–10862. MILLER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09–10866. COBBS v. POLLARD, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 09–10870. MILLER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09–10871. MILLER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09–10872. YOUNG v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–10877. ORTIZ v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–10878. MCKENZIE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 09–10881. JONES v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10882. HARRIS v. BUDGE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10884. STOGNER v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 09–10886. ROONEY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.